PD-1484-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/3/2016 2:01:25 PM
Accepted 6/3/2016 2:12:47 PM
ABEL ACOSTA
CLERK

**Clay Thomas, P.C.**
**Attorney at Law**

3548 NE Stallings Drive
Nacogdoches, Texas 75965
(936) 715-7144 (office)
(877) 899-0382   (fax)

June 2, 2016

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

June 3, 2016

RE:   DEEN, PHILLIP DEVON
CCA No. PD-1484-15
Trial Court No. 9902-D

ABEL ACOSTA, CLERK

Dear Mr. Acosta:

Please accept this correspondence as notification that I will appear for oral argument on June 15, 2016 in the aforementioned cause.

Very best regards,


/s/ Clay Dean Thomas
Clay Thomas, LL.M., J.D.

clay.thomas@claythomaspc.com                                    www.claythomaspc.com